**FILED**

3 - 13 - 08

MAR 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 91 (REV.5/85) Criminal Complaint

AUSA Renai S. Rodney 312-353-4064

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMER NATOUR

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE ASHMAN

CASE NUMBER **08CR 213**

    I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about March 13, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, SAMER NATOUR, defendant herein,

> devised or intended to devise a scheme to defraud and caused to be transmitted by means of wire communication in interstate commerce certain signs, signals and sounds, namely, a wire transfer or series of transfers originating at Michigan City, Indiana and terminating in Chicago, Illinois;

in violation of Title 18, United States Code, Section 1343  I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
SAMIR PATEL
Special Agent, United States Secret Service

Sworn to before me and subscribed in my presence,

MARCH 13, 2008
Date

at Chicago, Illinois
City and State

MARTIN C. ASHMAN, U.S. Magistrate Judge
me & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

I, SAMIR PATEL, state as follows:

    1.    I have been employed as a Special Agent with the United States Secret Service since 2005. I am currently assigned to the Chicago Field Office, Financial Crimes Squad. As part of my duties I investigate financial crimes, such as counterfeit checks, access device fraud, bank fraud, and forgery. I have received training in the areas of counterfeit checks, access devices, bank fraud, and forgery.

    2.    This affidavit is in support of a complaint charging SAMER NATOUR ("NATOUR") with attempted wire fraud, in violation of Title 18 United States Code, Section 1343. The information in this affidavit is based on my personal knowledge, as well as information obtained from documents and the personal knowledge of other law enforcement officials. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

## DETAILS OF THE INVESTIGATION

    3.    According to an Equity Mortgage representative, Equity Mortgage of Lombard, Illinois, is a mortgage lender which requires applicants to submit a truthful loan application and supporting documents disclosing the applicant's financial condition, including the amount of money the applicant has on deposit in bank account(s).

4.    Based upon my review of the documents, on or about December 12, 2007, NATOUR submitted to Equity Mortgage, through a mortgage broker, an application for a loan in the amount of $417,000.00 to purchase 1 East Schiller St., Unit #3B, Chicago, Illinois. The loan application, dated December 12, 2007, bears NATOUR's signature attesting to his understanding "that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code 1001, et seq." Included with the application is a copy of NATOUR's Illinois driver's license.

5.    In this mortgage application, NATOUR stated that he had approximately $285,000 on deposit at Charter One Bank in account number 4504269672. NATOUR submitted in support of this application a Request for Verification of Deposit ("VOD") statement for account number 4504269672, dated February 19, 2008, and signed by an alleged Charter One employee, "Anna Mercado," verifying that NATOUR had $286,171.12 on deposit at Charter One.

6.    On or about, March 3, 2008, the affiant was informed by a Charter One representative that NATOUR does not have an account at Charter One, and that account 4504269672 does not exist. The affiant was also informed that the VOD statement supplied by NATOUR was not issued by Charter One and that no one by the name of the individual that signed the verification, Anna Mercado, is employed by Charter One.

7.    The closing for NATOUR's purchase of 1 East Schiller St., Unit #3B, was scheduled for Thursday, March 13, 2008 at 10:00a.m. at Chicago Title & Trust Company in Chicago. On Thursday, March 13, 2008, a wire transfer or series of transfers of funds for the

2

closing of the sale of 1 East Schiller St., Unit #3B, originated in the account of Equity Mortgage in Horizon Bank in Michigan City, Indiana, and terminated in the account of Chicago Title in LaSalle Bank in Chicago, Illinois.

8.     Based on the foregoing, I believe there exists probable cause to believe that on March 13, 2008, SAMER NATOUR attempted to commit wire fraud in violation of Title 18, United States Code, Section 1343.


**FURTHER AFFIANT SAYETH NOT**



_____
Samir Patel
Special Agent
United States Secret Service



Subscribed and sworn before me
this 13th day of March 2008.

_____
Martin C. Ashman
United States Magistrate Judge

3