## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 213 - 1 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Samer Natour | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Daniel J. Hessler from the Federal Defender Program is granted withdrawal of his appearance as appointed counsel for defendant. James A. Graham is given leave to file his appearance as counsel for defendant. Probable cause has not been established; order complaint dismissed and defendant discharged.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | IS |
|---|---|---|